1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CHARLIE ROYCE KEPHART,              )  NO. CV 09-00295 SVW (SS)
                                         )
12                  Petitioner,          )
                                         )
13          v.                           )           **JUDGMENT**
                                         )
14   MICHAEL STAINER, Acting Warden,     )
                                         )
15                  Respondent.          )
     _____    )
16

17

18         Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21         IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23

24   DATED: October 13, 2011

25                                        _____
                                          STEPHEN V. WILSON
26                                        UNITED STATES DISTRICT JUDGE

27

28